IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00045-PSF-CBS

GRZEGORZ KUMOR,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS);
ROBERT DEVINE, Acting Director for Citizenship and Immigration Services (CIS);
MARIO ORTIZ, District Director for Denver CIS District; and
ROBERT S. MUELLER III, Director, Federal Bureau of Investigation;,

    Defendants.

---

### ORDER DIRECTING RESPONSE TO COMPLAINT AND SETTING STATUS AND SCHEDULING CONFERENCE

---

    This matter is before the Court pursuant to plaintiff's complaint filed January 11, 2006. The matter was transferred to the undersigned judge on January 12, 2006.

    Notwithstanding the provisions of Rule 12(a)(3), F.R.Civ.P., defendants are ORDERED to file an answer or other responsive pleading to the complaint no later than February 11, 2006. It is

    FURTHER ORDERED that the parties shall appear on **Februay 21, 2006 at 10:00 a.m.** for a status and scheduling conference before the undersigned in

Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED: January 30, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge