IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-00045-PSF-CBS

GRZEGORZ KUMOR,

    Plaintiff,

v.

ALBERTO GONZALES, Attorney General of the United States;
MICHAEL CHERTOFF, Secretary, Department of Homeland Security (DHS);
ROBERT DEVINE, Acting Director for Citizenship and Immigration Services (CIS);
MARIO ORTIZ, District Director for Denver CIS District; and
ROBERT S. MUELLER III, Director, Federal Bureau of Investigation;,

    Defendants.

## ORDER OF DISMISSAL

The Court has been informed by Assistant United States Attorney Elizabeth Weishaupl that Plaintiff Grzegorz Kumor has been sworn in as a United States citizen. With that understanding, the matter before the Court is now moot, and therefore this case is ORDERED DISMISSED.  Any future deadlines and Court dates are hereby VACATED.

    DATED: February 28, 2006

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*
                                      _____
                                      Phillip S. Figa
                                      United States District Judge